PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Criminal Action No. 91-11-1 JJF |
| Lynn Junior Walker, | ) ) ) |
| Defendant. | ) |

### Petition on Probation and Supervised Release

COMES NOW <u>Nancy A. Klingler</u> Probation Officer of the Court presenting an official report upon the conduct and attitude of <u>Lynn Junior Walker</u>, who was placed on supervision by the Honorable <u>Joseph J. Farnan, Jr.</u>, sitting in the court at <u>Wilmington, DE</u> on the <u>13</u> day of <u>August  1991</u>, who fixed the period of supervision at <u>five years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendnat participate in a program approved by the U.S. Probation Office for substance abuse, which may include testing to determine if the defendant is using drugs or alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

According to the defendant's supervising U.S. Probation Officer, the defendant traveled outside the district without permission on July 11, 2007, and incurred a moving violation for reckless driving. When confronted, he admitted this action, but denied that he had traveled outside the district on any other occasion. He ultimately admitted traveling outside the district on one other occasion. On his Monthly Supervision Reports, the defendant denied having access to any motor vehicles. He agreed to serve a 90-day of home detention with electronic monitoring as a sanction.

PRAYING THAT THE COURT WILL ORDER that the conditions of supervised release be modified, and that Lynn Junior Walker be ordered to serve a 90-day term of home confinement with electronic monitoring. Costs of the home confinement are to be paid by the defendant.

| ORDER OF COURT | I declare under penalty of perjury the foregoing is true and correct, |
|---|---|
| So ordered this  22  day of  July  2008. | _____ |
| _____ U. S. District Judge | U.S. Probation Officer |
| | Place  Wilmington, Delaware |
| | Date  July 17, 2008 |

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF NEW YORK

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The offender shall serve a term of Home Confinement for a period of ninety days, commencing on a date to be determined by the Probation Department. During that time, the offender will wear an electronic monitoring device, follow all requirements and procedures established for Home Confinement by the Probation Department, remain at his / her place of residence during any curfew period stipulated by the probation officer, and pay the costs of monitoring at the prevailing rate. The offender shall also maintain an operational telephone line at his / her residence without any special services. Fax machines, "dial-up" or "DSL" internet access attached to the telephone line dedicated to electronic monitoring is prohibited.**

Witness: _____     Signed: _____
U.S. Probation Officer                           Probationer or Supervised Releasee

_____5/20/08_____
DATE